

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2014

No. 04-13-00358-CR

Perla Judith **PENA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 12-CRS-440
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The Court Reporter's Notification of Late Record is hereby NOTED. The reporter's record is due to be filed on or before March 10, 2014. **No further extensions of time will be considered.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court